UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IMAGELINE, INC., : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION NO. 3:09-CV-00724-RLW |
| SALEM COMMUNICATIONS : CORPORATION, et al., : | |
| Defendants. : | |

## ORDER

THIS DAY came OnePlace, LLC ("OnePlace"), by counsel, and moved the Court for permission for Cynthia L. Counts to withdraw as counsel for OnePlace on the ground that she was engaged to act as counsel for so long as the above case was pending in the United States District Court for the Northern District of Georgia, Atlanta Division and that since the case has been transferred to this Court, Cynthia L. Counts wishes to withdraw as counsel. Plaintiff does not object. Wherefore, it is hereby

ORDERED that Cynthia L. Counts is granted permission to withdraw and is withdrawn as counsel of record for OnePlace.

ENTERED this _____ day of _____, 20___.

/s/
Richard L. Williams
United States District Judge

Judge    JAN 2 1 2010

I-919871.1

WE ASK FOR THIS:

\_\_\_\_\_/s/_____
Conrad M. Shumadine
(VSB No. 4325)
Counsel for OnePlace, LLC
WILCOX AND SAVAGE, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
cshumadine@wilsav.com

Richard M. Goehler
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
Telephone: (513) 651-6711
Facsimile: (513) 651-6981
rgoehler@fbtlaw.com

SEEN AND AGREED:

\_\_\_\_\_/s/_____
Carolyn Esther Wright
The Law Offices of Carolyn E. Wright, LLC
P.O. Box 430
Glenbrook, NV 89413
Telephone: (775) 588-5147
Facsimile: (775) 588-5961

Evan A. Anderson
The Law Offices of Carolyn E. Wright, LLC
P.O. Box 250208
Atlanta, GA 30325
Telephone: (775) 588-5147
Facsimile: (757) 588-5961